UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:22 CR 43 |
| v. | ) | |
| | ) | 18 U.S.C. § 2251(a) |
| JOSHUA JENSEN | ) | |

### INDICTMENT

-FILED-

APR 20 2022

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

THE GRAND JURY CHARGES:

### COUNT 1
(Production of Child Pornography)

On or about November 18, 2021, in the Northern District of Indiana, the defendant,

**JOSHUA JENSEN**

did persuade and induce a female minor under the age of five, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, it was recorded with and stored on an iPhone;

1

In violation of Title 18, United States Code, Section 2251(a).

A TRUE BILL:

s/Foreperson
FOREPERSON


CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY


By:  s/Alexandra McTague
     Alexandra McTague
     Assistant United States Attorney
     Northern District of Indiana